UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>OM SRI SAI HOSPITALITY, INC., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case No. 1:21-cv-00298-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br> **(Doc. 6)** |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Om Sri Sai Hospitality, Inc. shall have an extension of time of 30 days in which to respond to Plaintiff's Complaint to May 5, 2021.

IT IS SO ORDERED.

Dated:   **March 30, 2021**                    **/s/ Jennifer L. Thurston**
                                             CHIEF UNITED STATES MAGISTRATE JUDGE