UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>OM SRI SAI HOSPITALITY, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No. 1:21-cv-00298-NONE-JLT<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br>(Doc. 8)** |

The parties have stipulated for the third time to extend the deadline for the defense to file a responsive pleading. (Doc. 8) The first stipulation was allowed by Local Rule, without approval of the Court. The current stipulation and the prior one indicates that the need for the extension is because the parties are discussing settlement (Compare Doc. 6 at 2 and Doc. 8 at 2). As a consequence of the stipulations including this current one, the defense has been provided an additional 90 days to respond to the complaint. Even still, the Court will **GRANT** the current request (Doc. 8), but it will not again grant a stipulation for the purpose of discussing settlement; the parties need to settle or move forward. In addition, the scheduling conference is CONTINUED to July 12, 2021 at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   **April 29, 2021**             **/s/ Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE

70057465v.1