UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>OM SRI SAI HOSPITALITY, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 1:21-cv-00298-NONE-JLT<br><br>**[PROPOSED] ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**<br><br>(Doc. 10) |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-15458, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, *Garcia v. Gateway Hotel L.P.*, No 21-55227, and *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, No. 21-15674 (collectively, "Appeals").

///
///
///
///
///
///

1

2. **No later than 14 days after** the opinion in the last of the four cases cited herein is issued, the Parties shall submit a joint status report within which informs the Court how the parties intend to proceed with this case in light of the rulings in the appeals. **However, if, before the last ruling is issued by the Court of Appeals, the parties become convinced that this case need not be stayed further**, they **SHALL** file a joint report at that time.

IT IS SO ORDERED.

Dated: **May 18, 2021**  \_/s/ Jennifer L. Thurston  
CHIEF UNITED STATES MAGISTRATE JUDGE